NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINWOOD GRAY,**

*Plaintiff-Appellant*

**v.**

**HARRY L. STALEY,**

*Defendant-Appellee*

---

2024-2129

---

Appeal from the United States District Court for the District of Columbia in No. 1:24-cv-01429-UNA, Judge Timothy J. Kelly.

---

Before PROST, BRYSON, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

Upon consideration of Linwood Gray's response to this court's August 16, 2024 show cause order, urging transfer of this fiduciary embezzlement and conversion case to the proper regional circuit, here the United States Court of Appeals for the District of Columbia Circuit, *see* 28 U.S.C. §§ 41, 1294, 1631,

2                                                      GRAY v. STALEY

IT IS ORDERED THAT:

This appeal and all case filings are transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

November 12, 2024                      Jarrett B. Perlow
        Date                             Clerk of Court